Dallice M. ALLEN, Plaintiff—
Appellant,

v.

SOCIAL SECURITY
ADMINISTRATION, Defendant—
Appellee,

and

Kathleen A. Mika; Denise Riddle;
Blake Gordan; Social Security Dis-
ability and Appeals, Defendants.

No. 05-1646.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Jan. 4, 2006.

Dallice M. Allen, Appellant Pro Se. Mar-
vin Jennings Caughman, Assistant United
States Attorney, Columbia, South Car-
olina, for Appellee.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Dallice Allen appeals from the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing her complaint in which she asserted
that the Social Security Administration un-
lawfully suspended her benefits. We have
reviewed the record and find no reversible
error. Accordingly, we affirm on the rea-
soning of the district court. *See Allen v.
Social Security Admin.*, No. CA–04–280
(D.S.C. filed Feb. 18, 2005; entered Feb.
22, 2005). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED*